UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Treuhaft, <br><br> Plaintiff <br><br> vs. <br><br> Mercedes-Benz USA, LLC et al, <br><br> Defendant. | CASE NO.: 2:20-cv-11155-SVW-GJS <br><br> JUDGMENT <br><br> JS - 6 |

Pursuant to the Offer and Acceptance of Judgment [68], filed on November 24, 2021, judgment is entered for plaintiff and against defendant, pursuant to the conditions set for in the Offer of Judgment.

DATE: December 1, 2021

*PM Cruz*
Clerk of the Court